## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOSEPH DAVID SANDERS**                                                                  **PLAINTIFF**
**#1275967**

**v.**                                                          **Case No. 4:22-CV-1041-LPR**

**DONALD TRUMP, et al.**                                                        **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 1st day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).